UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ACTAVIUS THOMAS,

  Plaintiff,

-vs-                                          CASE NO.:  3:17-CV-679-J-39PDB

PROFIT SERVICES GROUP LLC,

  Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Actavius Thomas, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Ronald S. Canter, Attorney, The Law Offices of Ronald S. Canter, LLC, 11300 Rockville Pike, Suite 1200, Rockville, MD  20852 (rcanter@roncanterllc.com).

    */s/Frank H. Kerney, III, Esquire*
    Frank H. Kerney, III, Esquire
    Florida Bar #: 88672
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile:  (813) 223-5402
    fkerney@forthepeople.com
    jkneeland@forthepeople.com
    mbradford@forthepeople.com
    *Counsel for Plaintiff*