UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ACTAVIUS THOMAS,

   Plaintiff,

-vs-                                            CASE NO.:  3:17-CV-679-J-39PDB

PROFIT SERVICES GROUP LLC,

   Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Actavius Thomas, and the Defendant, Profit Services Group Llc, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of May, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Ronald S. Canter, Esquire* |
| Frank H. Kerney, III, Esquire | Ronald S. Canter, Esquire |
| Florida Bar #: 88672 | Florida Bar #:  3385045 |
| Morgan & Morgan, Tampa, P.A. | The Law Offices of Ronald S. Canter, LLC |
| One Tampa City Center | 11300 Rockville Pike, Suite 1200 |
| 201 North Franklin Street, 7th Floor | Rockville, MD 20852 |
| Tampa, FL 33602 | Telephone:  (301) 424-7490 |
| Telephone: (813) 223-5505 | Facsimile: (301) 424-7470 |
| Facsimile:  (813) 223-5402 | rcanter@roncanterllc.com |
| fkerney@forthepeople.com | *Counsel for Defendant* |
| jkneeland@forthepeople.com | |
| mbradford@forthepeople.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Ronald S. Canter, Attorney, The Law Offices of Ronald S. Canter, LLC, 11300 Rockville Pike, Suite 1200, Rockville, MD  20852 (rcanter@roncanterllc.com).

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
*Counsel for Plaintiff*